**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC EQUIPMENT OF TEXAS, INC.,

Plaintiff,

vs.

IMI CORNELIUS, INC.,

Defendant.

**Civ. No. 01-CV-485 ADM/AJB**

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

Plaintiff Arctic Equipment of Texas, Inc. and Defendant IMI Cornelius, Inc.,by and through their respective counsel of record, hereby stipulate and agree to the following;

WHEREAS, on November 19, 2001 the Plaintiff served its Second Amended Complaint;

WHEREAS, on November 8, 2001, the Plaintiff served written discovery upon the Defendant and the Defendant served its responses to the Plaintiff's written discovery on December 11, 2001;

WHEREAS, on November 26, 2001, the Defendant served written discovery on the Plaintiff and, after receiving a brief discovery extension from the Defendant, the Plaintiff served its discovery responses on January 4 and January 7, 2002;

WHEREAS, the parties have been engaging in settlement discussions throughout the pendency of this proceeding, and, after reviewing the written discovery believe that it is in the best interests of both parties, and the Court, for the parties to participate in a mediation prior to engaging in further costly discovery;

WHEREAS, the parties are conferring today in an effort to agree on the selection of a mediator and will endeavor to conduct mediation as quickly as possible;



FILED JAN 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

WHEREAS, the parties jointly stipulate and respectfully request that certain pretrial deadlines contained in the Pretrial Scheduling Order dated May 31, 2001 be amended in order allow the parties a meaningful opportunity to participate in mediation in an effort to resolve this case through a mutual agreeable settlement before incurring additional and subsequent attorney's fees and costs;

WHEREAS, the parties jointly stipulate and respectfully request that the Pretrial Scheduling Order be amended to reflect the following changes:

1. Discovery in this case shall be completed by March 27, 2002;
2. All non-dispositive motions shall be served and filed by March 27, 2002;
3. All dispositive motions shall be served and filed by June 1, 2002;
4. The case shall be ready for a jury trial on September 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than one (1) expert witness. Anticipated length of trial is three (3) days.

DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.

Dated: January 14, 2002

By: [signature]

Michael D. Madigan, Esq. (#129586)
David G. Parry, Esq. (#281980)
701 Fourth Avenue South - Suite 700
Minneapolis, MN 55415
Ph: (612) 339-1290
Attorneys for Plaintiff

OPPENHEIMER WOLFF & DONNELLY LLP

Dated: January 14, 2002 By: ______________________

Mark S. Olson (#82120)
Dawn C. Van Tassel (#297525)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Ph: (612) 607-7000
Attorneys for the Defendant

**IT IS SO ORDERED:**

Dated: January 16, 2002 ______________________

Honorable Arthur J. Boylan
United States Magistrate Judge