**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ARCTIC EQUIPMENT OF TEXAS, INC.,

Plaintiff,

vs.

IMI CORNELIUS, INC.,

Defendant.

**Civ. No. 01-CV-485 JEL/AJB**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims and counterclaims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Dated: May 23, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Mark S. Olson #82120

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT**
**IMI CORNELIUS INC.**

FILED JUN 26 200?
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.**

By________________________________

Michael D. Madigan, Esq.
David G. Parry, Esq.

701 Fourth Avenue South - Suite 700
Minneapolis, Minnesota 55415
Telephone: (612) 339-1290

**ATTORNEYS FOR ARCTIC EQUIPMENT OF TEXAS, INC.**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let Judgment Be Entered Accordingly.

DATED THIS 26th DAY OF June, 2002.

By: Joan E. Lancaster
Judge Joan Ericksen Lancaster



TC2: 586021 v01 05/22/2002